IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA          :
                                  :
          v.                      :
                                  :          1:20CR348-1
ELOY ALBERTO ZAYAS-BERRIER        :

## JOINT STATUS REPORT

Pursuant to the applicable Scheduling Order, counsel for the defendant

and counsel for the United States inform the Court as follows:

☐     A plea agreement has been signed and filed.

☐     The parties have agreed on a plea agreement and a written
      plea agreement will be filed no later than December 4, 2020.

☐     The defendant intends to plead guilty without a written
      plea agreement.

      *If any of the above three boxes is checked, check at least one box below:*

      ☐     the defendant consents to a video conference Rule 11 hearing.

      ☐     the defendant is or will be ready to proceed with a Rule 11
            hearing as soon as an in-person hearing can be scheduled.

☒     The matter is not ready for Rule 11 hearing or trial because: see below.

      ☐     there is a pending motion which must be resolved. The motion is
            on the docket at Doc.

            The motion ☐ does ☐ does not require a hearing at which the
            defendant must be present.

      ☐ There are outstanding discovery issues which must be resolved.

☐ The defendant does not intend to plead guilty and the case needs to be set for jury trial.

☒ The parties have discussed the requirements of the Speedy Trial Act and

☐ The United States [ ] has filed [ ] intends to file a motion to exclude time from Speedy Trial Act calculations, to which the defendant will not or does not object.

☒ There are no Speedy Trial Act issues. *See* 18 U.S.C. § 3161(h)(2).

☒ Other information relevant to scheduling: The government and the defendant have executed a pretrial diversion agreement. The defendant is currently in compliance with the terms of that agreement. Assuming the defendant continues to remain in compliance through the four-month term of the agreement (which ends on or about August 19, 2021) and the probation office notifies the government as such, the government anticipates filing a motion to dismiss this matter with prejudice shortly thereafter.

☐ If either party expects to file a motion to continue.

This the 28th day of July, 2021.

SANDRA J. HAIRSTON
Acting United States Attorney


_____          _____
/S/ STEPHEN T. INMAN                      /S/ KATHLEEN A. GLEASON
NCSB # 26913                              NCSB # 31984
                                          Assistant Federal Public Defender
                                          Attorney for Defendant

Assistant United States Attorney
101 S. Edgeworth St., 4th Flr.
Greensboro, NC  27401
336/333-5351


2

CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Kathleen A. Gleason, AFPD

SANDRA J. HAIRSTON
Acting United States Attorney

/S/ STEPHEN T. INMAN
Assistant United States Attorney
NCSB #26913
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401
Phone: 336/333-5351