IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 1:20CR348-1 |
| ELOY ALBERTO ZAYAS-BERRIER | : | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court endorsed hereon, the United States Attorney for the Middle District of North Carolina hereby dismisses with prejudice the Indictment filed August 31, 2020, against the above-named defendant due to the defendant successfully completing his period of pretrial diversion.

This, the 24th day of August, 2021.

Respectfully submitted,

SANDRA J. HAIRSTON
Acting United States Attorney

*/s/ Chloe R DuPri for*
STEPHEN T. INMAN
Assistant United States Attorney

Leave of this Court is granted or the filing of the foregoing dismissal.

_____
William L. Osteen, Jr.
UNITED STATES DISTRICT COURT JUDGE

Date: 9-2-2021